**SO ORDERED.**

**SIGNED this 28th day of October, 2016.**



_____
Janice Miller Karlin
United States Chief Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | **ELECTRONICALLY FILED** |
| JESSICA ANN OVERKAMP, | ) | Case No: 16-41091-7 |
|                Debtor(s). | ) | |
| _____ | ) | |

**ORDER APPROVING STIPULATION MODIFYING STAY
OF MERITRUST CREDIT UNION**

      This matter comes on regularly upon the stipulation of the parties herein set forth for an order modifying stay. The debtor(s) in possession, appears by and through their attorney, Adam M. Mack. Meritrust Credit Union appears by and through its attorney, J. Michael Lehman of Bruce & Lehman, L.L.C. The Bankruptcy Trustee, Robert L. Baer, appears in person.

      The parties announce to the Court that they stipulate that:

      1.    Meritrust Credit Union is the holder of a claim in the amount of $27,104.65.

6

2. Meritrust Credit Union claims the loans it has are secured by:

   2011 DODGE RAM, VIN#1D7RV1GP0BS533609
   and all shares in the Credit Union

3. Modifying the stay and perpetuating the in rem claims with Meritrust Credit Union in the above listed property would adequately protect all interested parties.

4. The debtor intends to surrender the vehicle, the Credit Union is in possession of the vehicle, and the Credit Union will incur unnecessary storage and insurance costs if the 14 day stay remains in effect.

5. The secured claim of Meritrust Credit Union is disallowed as a claim herein until such time as Meritrust Credit Union files an amended claim for a deficiency amount and without prejudice to any funds which may have been paid prior to stay modification.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the 11 U.S.C..§ 362 Stay be lifted, that the Court waive jurisdiction over the personal property described above, and that the credit union may proceed in rem to obtain possession outside this court through foreclosure in state court or through any other lawful means, but no ancillary relief such as receivership will be granted.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the 14 day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Meritrust Credit

Union account to the Trustee for any surplus funds over and above its claim.

# # #

APPROVED:

BRUCE & LEHMAN, L.L.C.
S/ J. Michael Lehman
J. MICHAEL LEHMAN, #9831
BRUCE & LEHMAN, L.L.C.
P. O. Box 75037
Wichita, KS  67275-5037
Telephone: (316) 264-8000
Facsimile: (316) 267-4488
Mlehman@ksadvocates.com
Attorney for Meritrust Credit Union


S/ Adam M. Mack
ADAM M. MACK, #
2850 SW Mission Woods Drive
Topeka, KS 66614
Telephone: (785) 274-9040
Attorney for Debtor


S/ Robert L. Baer
ROBERT L. BAER, #
534 South Kansas Suite 1100
Topeka, KS  66603
Telephone: (785) 235-9511
Bankruptcy Trustee